```
01
02
03
04
05
                    UNITED STATES DISTRICT COURT
06                  WESTERN DISTRICT OF WASHINGTON
                              AT SEATTLE
07
08  UNITED STATES OF AMERICA,        )
                                     )
09            Plaintiff,              )   Case No. MJ09-374
                                     )
10       v.                           )
                                     )
11  DIMITRIUS TINSLEY,               )   DETENTION ORDER
                                     )
12            Defendant.              )
    _____)
13
14  Offense charged:
15
        Count 1:    CONSPIRACY TO BZP, in violation of 21 U.S.C. §§ 841(a)(1),
16                  841(b)(1)(C) and 846
17  Date of Detention Hearing:   July 27, 2009
18       The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and
19  based upon the factual findings and statement of reasons for detention hereafter set forth,
20  finds:
21       FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION
22       (1)    Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that
23  defendant is a flight risk and a danger to the community based on the nature of the pending
24  charges. Application of the presumption is appropriate in this case.
25       (2)    At the time the search warrant was executed, defendant was in constructive
26  possession of multiple firearms.
```

(3) The evidence against the defendant, although the least important factor in the detention decision, is strong.

(4) Defendant has a prior conviction for obstruction.

(5) Defendant has threatened to kill anyone who snitched on him.

(6) The United States Attorney has proffered that the defendant is a member of the East Union Street Hustlers. Although the defendant denies gang membership, he carries the gang tatoo on his body.

(7) There are no conditions or combination of conditions other than detention that will reasonably ensure the safety of witnesses or the community short of detention.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 27th day of July, 2009.

/s/ James P. Donohue
_____
JAMES P. DONOHUE
United States Magistrate Judge