UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff(s),

  v.

DIMITRIUS TINSLEY,

    Defendant(s).

NO. CR09-255MJP

ORDER ON MOTIONS TO:
1. COMPEL DISCLOSURE
2. SEVER DEFENDANTS

The above-entitled Court, having received and reviewed

1. Defendant's Motion to Sever Defendants (Dkt. No. 25)

2. Defendant's Motion to Compel Disclosure of Identity of Confidential Informant (Dkt. No. 26)

3. Government's Response to Tinsley's Motion to Compel Disclosure of Identity of Confidential Informant (Dkt. No. 27)

and all attached declarations and exhibits, makes the following ruling:

IT IS ORDERED that the motion for severance is DENIED.

IT IS FURTHER ORDERED that the motion to compel disclosure of the identity of the confidential informant is DENIED, with the understanding that the Government will produce the information about the confidential informant on September 25, 2009, in sufficient time for Defendant to prepare for trial.

Dated: September 22, 2009

                                           Marsha J. Pechman
                                           U.S. District Judge

**ORD ON MTNS - 1**